Certificate Number: 17082-CAE-DE-037566112

Bankruptcy Case Number: 22-22908



17082-CAE-DE-037566112

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 5, 2023, at 7:17 o'clock PM MST, JUAN M VAZQUEZ completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: July 5, 2023

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director